See Jurisdiction 5.

# V.

VARIANCE—See Ejectment 5.    Evidence 7.

## VENDUE SALE.

**VERMONT STATE BANK** *against* **CLARK.**    *Rutland*, 1817.

LANDS taken on execution, in favor of the President and Directors of the Vermont State Bank, may be *sold* on the execution, by the officer ; the execution in this case, need not be recorded in the town clerk's office.

VERDICT—See Evidence 13.    New Trial 5, 6, 7, 8, 13. Ejectment 6.

VOLUNTARY PAYMENT—See Set-off 2.

# W.

WARNING—See Pauper Cases 5, 6, 7, 8, 10.

## WARRANT.